199 So.2d 920

**Mrs. Susan Boagni GARDNER et al.**

v.

**Vincent BOAGNI, Jr., et al.**
**WHITEHALL OIL COMPANY, Inc., et al.**

v.

**Richard O. ECKART et al.**

No. 48714.

June 9, 1967.

In re: Celeste DeLaureal, wife of E. M. Boagni, Jr., et al. applying for certiorari, or writ of review, to the Court of Appeal Third Circuit, Parish of St. Landry. 197 So.2d 664.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.